

## THE WOLK LAW FIRM
### AIRLAW

1710-12 Locust Street
Philadelphia, PA 19103
215-545-4220 Fax 215-545-5252
E-mail: airlaw@airlaw.com
w w w . a i r l a w . c o m

Arthur Alan Wolk
Philip J. Ford
Bradley J. Stoll
Matthew K. Clarke
Alan D. Mattioni

October 11, 2006

**VIA FACSIMILE**

Honorable David G. Larimer
U.S. District Court for the
 Western District of New York
100 State Street
Rochester, NY 14614

   Re: *Robinson v. Textron Lycoming, et al*
     <u>Civ. No. 03-CV6529L(P)</u>

Dear Judge Larimer:

  I represent the plaintiffs in the above captioned case and I am writing to request a brief eleven day extension of the deadline for plaintiffs to file their response to the pending motion for summary judgment. On September, 14, 2006, you entered an order setting October 16, 2006 as the response deadline. I respectfully request that deadline to be extended until October 27, 2006. For the past several weeks, I have been preparing for a trial set to begin on October 31, 2006 in the United States District Court of South Dakota. I had to spend a majority of my time preparing the pretrial submissions and responding to motions. As a result, my time to devote to the response brief in this case has been limited. I believe I can finalize the response brief by October 27, 2006 if the Court is willing to grant my request.

  A similar extension extending the date to file dispositive motions was granted to the defense by Magistrate Judge Marian Payson. I conferred with defense counsel who advised he does not object to my request.

       Respectfully,

       BRADLEY J. STOLL

BJS/kmk
cc: Michael Brady, Esq.