UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

MICHAEL ROBINSON, et al.,

                      Plaintiff,

                                         ORDER

                                         03-CV-6529L

        v.

TEXTRON LYCOMING  RECIPROCATING
ENGINE DIVISION, et al.,

                      Defendants.
_____

    Plaintiff's motion to supplement the summary judgment record (Dkt. #84) is granted.

    IT IS SO ORDERED.

                                     _____
                                        DAVID G. LARIMER
                                    United States District Judge

Dated: Rochester, New York
       August 28, 2007.